# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VERNON KITTLES, Inmate #40292-004,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL NO. 06-378-MJR** |
| **HARLEY G. LAPPIN, WARDEN** ) | |
| **BLEDSOE, RUSS RAU, and MR.** ) | |
| **DOWEN,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On September 11, 2006, Plaintiff moved this Court for voluntary dismissal of the action (Doc. 11). Voluntary withdrawal of his complaint is Plaintiff's right, *see* Fed. R. Civ. P. 41(a)(1)(i), and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

DATED this 18th day of September, 2006.

                                                  s/ Michael J. Reagan
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**